IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | § | |
|---|---|---|
| Virgil Carl Forrester | § | CASE NO. 05-43306-R |
| HC 51 Box 23 | § | Chapter 13 |
| Saint Jo, TX 76265 | § | |
| xxx-xx-4197 | § | |
| DEBTOR. | § | |

**EOD** 06/20/2011

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Attorney Laurence Hecker, in the amount of $2,707.90 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Laurence Hecker C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,707.90, to:

Laurence Hecker
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

Signed on 6/20/2011

Dated: _____

*Brenda T. Rhoades* MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE